UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANNE RENOIS AS ADMINISTRATOR, FIDUCIARY AND BENEFICIARY OF AND FOR THE ESTATE OF ELLIS DEANGELO, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>WVMF FUNDING, LLC, and COMPU-LINK CORPORATION D/B/A CELINK,<br><br>　　　　　　　　　　Defendants. | Docket No. 1:20-CV-09281-LTS-DCF<br><br>**DEFENDANT WVMF FUNDING, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant WVMF Funding, LLC ("WVMF") states that no publicly held corporation owns 10% or more of its stock.

Dated:  November 23, 2020
　　　　　　　　　　　　　　　　　　**HINSHAW & CULBERTSON LLP**
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　*WVMF & Celink*

　　　　　　　　　　　　　　　　　　By:  /s/ Fernando C. Rivera-Maissonet
　　　　　　　　　　　　　　　　　　　　　　Fernando C. Rivera-Maissonet
　　　　　　　　　　　　　　　　　　800 Third Avenue, 13th Floor
　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　Tel: (212) 471-6200
　　　　　　　　　　　　　　　　　　Fax: (212) 935-1166
　　　　　　　　　　　　　　　　　　Email:  friveramaissonet@hinshawlaw.com