UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIANNE RENOIS AS ADMINISTRATOR, FIDUCIARY AND BENEFICIARY OF AND FOR THE ESTATE OF ELLIS DEANGELO, on behalf of herself and all others similarly situated,

20-CV-9281 (LTS) (VF)

**ORDER**

Plaintiff,

-against-

WVMF FUNDING, LLC, and COMPU-LINK CORPORATION D/B/A CELINK,

Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

In light of the extension for Defendant to answer the amended complaint granted by Judge Swain at ECF No. 79, the deadline for the parties to submit their case management plan, as directed in ECF No. 76, is extended from May 13, 2024 to **Friday, May 31, 2024**.

**SO ORDERED.**

DATED:   New York, New York
         May 2, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge