**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MARIANNE RENOIS AS ADMINISTRATOR,
FIDUCIARY AND BENEFICIARY OF AND FOR
THE ESTATE OF ELLIS DEANGELO, on behalf of
herself and all others similarly situated,

                                Plaintiff,

                       -against-

WVMF FUNDING, LLC, and COMPU-LINK
CORPORATION D/B/A CELINK,

                               Defendants.
------------------------------------------------------------------X

**20-CV-9281 (LTS) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

The conference in this matter to address the issues raised at ECF No. 90 is hereby rescheduled for **Tuesday, July 9, 2024, at 3:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

       SO ORDERED.

DATED:    New York, New York
              June 25, 2024

                                                    _____
                                                      VALERIE FIGUEREDO
                                            United States Magistrate Judge