UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIANNE RENOIS AS ADMINISTRATOR,
FIDUCIARY AND BENEFICIARY OF AND FOR           20-CV-9281 (LTS) (VF)
THE ESTATE OF ELLIS DEANGELO, on behalf of
herself and all others similarly situated,                  **ORDER**

                           Plaintiff,

              -against-

WVMF FUNDING, LLC, and COMPU-LINK
CORPORATION D/B/A CELINK,

                           Defendants.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      The conference in this matter to address the issues raised at ECF No. 90 is hereby rescheduled for **Wednesday, July 10, 2024, at 3:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      **SO ORDERED.**

DATED:     New York, New York
           July 9, 2024
                                             _____
                                             VALERIE FIGUEREDO
                                             United States Magistrate Judge