UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARIANNE RENOIS AS ADMINISTRATOR,
FIDUCIARY AND BENEFICIARY OF AND FOR
THE ESTATE OF ELLIS DEANGELO, on behalf of
herself and all others similarly situated,

                Plaintiff,

        -against-

WVMF FUNDING, LLC, and COMPU-LINK
CORPORATION D/B/A CELINK,

                Defendants.
----------------------------------------------------------------X

20-CV-9281 (LTS) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to file a joint letter by no later than **Thursday, October 31, 2024,** providing the Court an update on the status of the case. The letter should detail the progress of discovery in the prior month, the anticipated next steps in the upcoming month, and any disputes that have arisen.

        **SO ORDERED.**

DATED:     New York, New York
            September 16, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge