UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIANNE RENOIS AS ADMINISTRATOR, FIDUCIARY AND BENEFICIARY OF AND FOR THE ESTATE OF ELLIS DEANGELO, on behalf of herself and all others similarly situated,

                            Plaintiff,

                    -against-

WVMF FUNDING, LLC, and COMPU-LINK CORPORATION D/B/A CELINK,

                          Defendants.
-------------------------------------------------------------------X

20-CV-9281 (LTS) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A conference in this matter to address the issue raised at ECF Nos. 90-91 is hereby scheduled for **Wednesday, October 23, 2024, at 12:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      SO ORDERED.

DATED:    New York, New York
               October 4, 2024

                                                           _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge