UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIANNE RENOIS AS ADMINISTRATOR,
FIDUCIARY AND BENEFICIARY OF AND FOR
THE ESTATE OF ELLIS DEANGELO, on behalf of
herself and all others similarly situated,

                20-CV-9281 (LTS) (VF)

                **ORDER**

                        Plaintiff,

                   -against-

WVMF FUNDING, LLC, and COMPU-LINK
CORPORATION D/B/A CELINK,

                        Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A conference to address the motion at ECF No. 128 is hereby scheduled for **Thursday, April 10, 2025 at 10 a.m.** The parties are directed to call Judge Figueredo's conference line at the scheduled time. Please dial (646) 453-4442, passcode [112 997 739#]. Defendant is directed to respond to the motion to compel at ECF No. 128 by **Thursday, April 3, 2025**.

      With regards to Plaintiff's request to file certain exhibits to ECF No. 128 under seal, Plaintiff is directed to file a motion to seal, with a memorandum making a showing for permanently sealing the documents under <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006), along with unredacted versions of the exhibits under a provisional seal by **Thursday, April 3, 2025**.

      SO ORDERED.

DATED:    New York, New York
               March 10, 2025

                                                                  _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge