UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIANNE RENOIS AS ADMINISTRATOR,
FIDUCIARY AND BENEFICIARY OF AND FOR
THE ESTATE OF ELLIS DEANGELO, on behalf of
herself and all others similarly situated,

20-CV-9281 (LTS) (VF)

**ORDER**

Plaintiff,

-against-

WVMF FUNDING, LLC, and COMPU-LINK
CORPORATION D/B/A CELINK,

Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

Plaintiff's request for borrower name and property address (see ECF No. 128 at 1) is granted. Defendants' concern regarding the confidentiality of the borrowers is protected through the confidentiality order in place. Additionally, Plaintiff's counsel has represented that it will not contact individual borrowers until a class is certified. Defendants' letter request (see ECF No. 134) to quash the deposition subpoenas issued to non-party witnesses, David Yahr and Ron Burian, is denied. Even assuming that Defendants have standing to challenge the deposition issued to employees of a non-party, Plaintiff seeks to depose witnesses with relevant information to the case and Defendants have not adequately shown an undue burden if the depositions move forward. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 128 and 134.

A telephone conference to address the parties' outstanding discovery disputes is hereby scheduled for **Wednesday, June 25, 2025 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. Please dial (646) 453-4442, passcode [995 404 357#].

SO ORDERED.

DATED:   New York, New York
         May 6, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge