UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIANNE RENOIS AS ADMINISTRATOR,
FIDUCIARY AND BENEFICIARY OF AND FOR
THE ESTATE OF ELLIS DEANGELO, on behalf of
herself and all others similarly situated,

          20-CV-9281 (LTS) (VF)

**ORDER**

                              Plaintiff,

               -against-

WVMF FUNDING, LLC, and COMPU-LINK
CORPORATION D/B/A CELINK,

                             Defendants.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      Given Defendants' representations in the letter at ECF No. 149, the Court hereby directs Defendants to produce to Plaintiff the 7,000 e-mail documents identified after technology assisted review without redactions to personal identifying information by **Tuesday, June 3, 2025**. If, after review, Plaintiff finds that the reduced production population is under-inclusive, Plaintiff may raise the issue with the Court by filing a letter-motion.

      **SO ORDERED.**

DATED:    New York, New York
              May 13, 2025

                                              _____
                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge