UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIANNE RENOIS AS ADMINISTRATOR,
FIDUCIARY AND BENEFICIARY OF AND FOR
THE ESTATE OF ELLIS DEANGELO, on behalf of
herself and all others similarly situated,

                              Plaintiff,

                -against-

WVMF FUNDING, LLC, and COMPU-LINK
CORPORATION D/B/A CELINK,

                          Defendants.
-----------------------------------------------------------------X

**20-CV-9281 (LTS) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The in-person conference scheduled for **Wednesday, June 25, 2025** time has been changed to **9:00 a.m.** in Courtroom 17-A.

      **SO ORDERED.**

DATED:    New York, New York
                June 13, 2025

                                                 VALERIE FIGUEREDO
                                                 United States Magistrate Judge