UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIANNE RENOIS AS ADMINISTRATOR,
FIDUCIARY AND BENEFICIARY OF AND FOR
THE ESTATE OF ELLIS DEANGELO, on behalf of
herself and all others similarly situated, et al.,

                    20-CV-9281 (LTS) (VF)

                    **ORDER**

                    Plaintiffs,

              -against-

WVMF FUNDING, LLC, and COMPU-LINK
CORPORATION D/B/A CELINK,

                    Defendants.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      The parties are directed to file a status update certifying whether discovery is complete by **September 11, 2025**.

      SO ORDERED.

DATED:    New York, New York
               September 5, 2025

VALERIE FIGUEREDO
United States Magistrate Judge