UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARIANNE RENOIS AS ADMINISTRATOR,
FIDUCIARY AND BENEFICIARY OF AND FOR
THE ESTATE OF ELLIS DEANGELO, on behalf of
herself and all others similarly situated, et al.,

                              Plaintiffs,

                  -against-

WVMF FUNDING, LLC, and COMPU-LINK
CORPORATION D/B/A CELINK,

                            Defendants.
------------------------------------------------------------------X

**20-CV-9281 (LTS) (VF)**

**ORDER SCHEDULING
CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge**

A discovery conference to address the issues raised at ECF Nos. 177 and 178 is hereby scheduled for **February 10, 2026 at 10 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Counsel for The Travelers Companies, Inc. and The Hartford Financial Services Group, Inc. are directed to attend the conference and file a response to the motions at ECF Nos. 177 and 178 by **February 3, 2026**.

Plaintiffs are directed to provide a copy of this order to The Travelers Companies, Inc. and The Hartford Financial Services Group, Inc.

       **SO ORDERED.**

DATED:    New York, New York
          December 8, 2025

                                            _____
                                            VALERIE FIGUEREDO
                                            United States Magistrate Judge