**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: February 9, 2026**

The request to adjourn the conference is GRANTED. The parties may file a letter motion requesting another conference if needed. The Clerk of the Court is respectfully directed to close the motions at ECF Nos. 177, 178, and 187.

**By ECF**
Honorable Valerie Figueredo, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

Re:    *Renois v. WVMF Funding, LLC.*, **SDNY Case No. 20-cv-9281-LTS-VF**

Dear Judge Figueredo:

We write on behalf of Plaintiffs to update the Court on the status of third-party discovery and to request a brief adjournment of the discovery conference scheduled for tomorrow at 10:00 am [ECF No. 179] to address Plaintiffs' motions to compel compliance with subpoenas served on The Travelers Companies, Inc, ("Travelers") and The Hartford Services Group, Inc. ("The Hartford") [ECF Nos. 177 and 178].  Plaintiffs' counsel has been working co-operatively with counsel for Travelers, who has partially complied with the subpoena, and the Hartford, who intends to comply with the subpoena after entry of the stipulation and proposed Order amending the Protective Order. [ECF No. 186]. Plaintiffs believe a brief adjournment will enable the parties to continue in a productive dialogue towards full compliance.  Plaintiffs will notify the Court once full compliance with the subpoenas is achieved.

Plaintiffs also note that a brief adjournment of the discovery conference may enable the Central District of California sufficient time to transfer to this Court the motion to compel The Farmers Group Inc. to comply with the same subpoena, which transfer was ordered on January 20, 2026 and entered on January 26, 2026, so that all three similar discovery matters may be addressed at one conference.

Respectfully submitted,
*/s/ Catherine E. Anderson*
Catherine E. Anderson
Giskan Solotaroff & Anderson LLP
1 Rockefeller Plaza, 8th Floor
New York, New York 10020
canderson@gslawny.com

*Counsel for Plaintiffs and the putative Class*

cc: All counsel of record, via ECF

1 Rockefeller Plaza, 8th Floor, New York, New York 10020
www.gslawny.com   tel: 212.847.8315