UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANNE RENOIS AS ADMINISTRATOR, FIDUCIARY AND PERSONAL REPRESENTATIVE OF AND FOR THE ESTATE OF ELLIS DEANGELO, MYRTEEN LEE and TAUNA THOMPSON on behalf of themselves and all others similarly situated,<br><br>                                  Plaintiff(s),<br>        against<br><br>WVMF FUNDING, LLC and COMPU-LINK CORPORATION D/B/A CELINK,<br><br>                                  Defendant(s). | Case No. 1:20-cv-09281 LTS-VF |

### STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT TO PROTECTIVE ORDER

Plaintiffs Marianne Renois, Myrteen Lee, and Tauna Thompson (collectively, "Plaintiffs"), and Defendants WVMF Funding, LLC and Compu-Link Corporation d/b/a Celink (collectively, "Defendants"), hereby stipulate to the following for purposes of the above-captioned case:

**WHEREAS**, the Parties agreed to and the Court entered a Confidentiality Stipulation and Order on October 3, 2024 (Dkt. 105 – the "October 3 Order") providing for the confidential treatment of information and documents exchanged by the parties to this matter;

**WHEREAS**, good cause exists for the amendment of the Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to extend its application to the production of information and documents produced in this litigation by third-parties;

It is hereby stipulated and agreed that the following restrictions and procedures shall apply to the information and documents produced by third-parties:

1.    Counsel for any third-party responding to a subpoena issued by any party may designate any document or information, in whole or in part, if counsel for such third-party determines, in good faith, that such designation is necessary to protect the interests of the third-party in information that is proprietary, a trade secret, or otherwise sensitive non-public information.  Information and documents designated by a third-party as confidential will be stamped "**CONFIDENTIAL**."

2.    Confidential Information or documents produced or disclosed by a third-party to a party or parties will be subject to the same protections as provided for in the October 3 Order.

The October 3 Order otherwise remains in full force and effect.

STIPULATED AND AGREED TO this 9th day of February, 2026:

| | |
|---|---|
| */s/ Joseph S. Tusa* | */s/ Joseph M. DeFazio* |
| Joseph S. Tusa | Joseph M. DeFazio |
| **TUSA P.C.** | **TROUTMAN PEPPER LOCKE LLP** |
| 55000 Main Road, 2nd Fl. | 875 Third Avenue |
| P.O. Box 566 | New York, New York 10022 |
| Southold, NY  11971 | Tel. (212) 704-6341 |
| Tel. (631) 407-5100 | joseph.defazio@troutman.com |
| joseph.tusapc@gmail.com | |

| | |
|---|---|
| */s/ Catherine E. Anderson* | */s/ Jason Manning* |
| Catherine E. Anderson | John C. Lynch, (admitted *pro hac vice*) |
| **GISKAN SOLOTAROFF** | Jason E. Manning |
| **& ANDERSON LLP** | **TROUTMAN PEPPER LOCKE LLP** |
| Oren Giskan | 222 Central Park Avenue |
| ogiskan@gslawny.com | Virginia Beach, VA  23462 |
| canderson@gslawny.com | Tel: (757) 687-7500 |
| 1 Rockefeller Plaza, 8th Fl. | John.lynch@troutman.com |
| New York, NY 10020 | |
| Tel: (212) 847-8315 | *Counsel for Defendants WMVF Funding,* |
| | *LLC and Compu-Link Corp. d/b/a Celink* |
| **LEIFF CABRASER HEINMANN** | *and Counsel for Proctor Loan Protector* |
| **& BERNSTEIN, LLP** | |
| Roger Heller (admitted *pro hac vice*) | |
| rheller@lchb.com | |
| 275 Battery Street, 29th Floor | |
| San Francisco, CA 94111 | |

Tel: (415) 956-1000

Avery S. Halfon
ahalfon@lchb.com
Jessica A. Moldovan
jmoldovan@lchb.com
250 Hudson Street, 8th Floor
New York, New York 10013
Tel: (212) 355- 9500

*Counsel for Plaintiffs*

**SO ORDERED** this 10th day
of February, 2026

Hon. Valerie Figueredo
United States Magistrate Judge