**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARIANNE RENOIS AS ADMINISTRATOR,
FIDUCIARY AND BENEFICIARY OF AND FOR
THE ESTATE OF ELLIS DEANGELO, on behalf of
herself and all others similarly situated, et al.,

                          Plaintiffs,

                    -against-

WVMF FUNDING, LLC, and COMPU-LINK
CORPORATION D/B/A CELINK,

                        Defendants.
-----------------------------------------------------------------X

**20-CV-9281 (LTS) (VF)**

**<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge**

On February 27, 2026, Plaintiffs filed a motion to redact and seal certain information filed in connection with the motion for class certification. <u>See</u> ECF No. 198. Any party that wishes to maintain the redactions and sealing at ECF Nos. 199 and 200 is directed to make a showing pursuant to <u>Lugosh v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006) by **March 13, 2026** or the information will be unsealed.

       **SO ORDERED.**

DATED:    New York, New York
           March 9, 2026

                                 _____
                                 VALERIE FIGUEREDO
                                 United States Magistrate Judge