**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MARIANNE RENOIS AS ADMINISTRATOR,
FIDUCIARY AND BENEFICIARY OF AND FOR
THE ESTATE OF ELLIS DEANGELO, on behalf of
herself and all others similarly situated, et al.,

                        Plaintiffs,

                -against-

WVMF FUNDING, LLC, and COMPU-LINK
CORPORATION D/B/A CELINK,

                     Defendants.
------------------------------------------------------------------X

**20-CV-9281 (LTS) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

On March 30, 2026, the Court directed the parties to file a letter on the docket with

certain instructions regarding sealing by April 6, 2026. See ECF No. 206. No letter was filed.

The parties are directed to file the letter by **April 27, 2026**.

        **SO ORDERED.**

DATED:     New York, New York
           April 22, 2026

                                  _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge