UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIANNE RENOIS AS ADMINISTRATOR,
FIDUCIARY AND BENEFICIARY OF AND FOR
THE ESTATE OF ELLIS DEANGELO, on behalf of
herself and all others similarly situated, et al.,

                          Plaintiffs,

              -against-

WVMF FUNDING, LLC, and COMPU-LINK
CORPORATION D/B/A CELINK,

                    Defendants.
-----------------------------------------------------------------X

**20-CV-9281 (LTS) (VF)**

**ORDER SCHEDULING
ORAL ARGUMENT**

**VALERIE FIGUEREDO, United States Magistrate Judge**

Oral argument on the issues raised in Plaintiffs' pending motion for class certification

(ECF No. 195) is hereby scheduled for **Wednesday, July 1, 2026, at 3:30 p.m.** in Courtroom

17-A, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:    New York, New York
           June 18, 2026

                                 _____
                                 VALERIE FIGUEREDO
                                 United States Magistrate Judge