**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MARIANNE RENOIS AS ADMINISTRATOR, FIDUCIARY AND PERSONAL REPRESENTATIVE OF AND FOR THE ESTATE OF ELLIS DEANGELO, on behalf of herself and all others similarly situated,

Plaintiff,

- against-

WVMF FUNDING, LLC, and COMPU-LINK CORPORATION D/B/A CELINK,

Defendants.

Docket No. 1:20-cv-09281 LTS-DCF

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: June 29, 2026

The parties should be prepared to discuss the implications of Defendants' recently filed Daubert motion on the pending class certification motion at the conference on Wednesday, July 1, 2026.

**DEFENDANTS WVMF FUNDING, LLC AND COMPU-LINK CORPORATION, D/B/A CELINK'S MOTION TO EXCLUDE PLAINTIFFS' PROPOSED EXPERT ARTHUR OLSEN**

Defendants WVMF Funding, LLC ("WVMF"), and Compu-Link Corporation, d/b/a Celink ("Compu-Link") (collectively, "Defendants"), file this motion to exclude the opinions and testimony of the Plaintiffs' proposed expert witness, Arthur Olsen under *Daubert v. Merrell Dow Pharms., Inc*., 509 U.S. 579 (1993) and Federal Rule of Evidence 702. The reasons supporting this Motion are more fully articulated in the accompanying Memorandum in Support.

Dated: June 26, 2026

Respectfully submitted,

/s/ Joseph M. DeFazio
JOSEPH M. DEFAZIO
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY 10022
(212) 704-6000
(212) 704-5957 (fax)
joseph.defazio@troutman.com

331038646v1

JASON MANNING
JOHN C. LYNCH (PRO HAC VICE)
TROUTMAN PEPPER LOCKE LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
(757) 687-7747
(757) 687-1545 (fax)
jason.manning@troutman.com
john.lynch@troutman.com

*Attorneys for Defendants WVMF Funding, LLC and
Compu-Link Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2026, a true and accurate copy of the foregoing

was served via the Court's CM/ECF system upon all counsel of record.

/s/ *Joseph M. DeFazio*

JOSEPH M. DEFAZIO
JASON E. MANNING
JOHN C. LYNCH (PRO HAC VICE)
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY 10022
(212) 704-6341
joseph.defazio@troutman.com

*Attorneys for Compu-Link Corporation d/b/a*
*Celink and WVMF Funding, LLC*